In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-09-00036-CV


 _____________________



IN THE INTEREST OF Z.L. AND Z.K.






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 07-11-11560 CV






MEMORANDUM OPINION


 The appellant filed a motion to dismiss this appeal. The motion is voluntarily made
by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other
party filed notice of appeal. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered April 2, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.